No. 1738, Misc. GREEN *v.* HOOEY, JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1301. TCHEREPNIN ET AL. *v.* KNIGHT ET AL. C. A. 7th Cir. Certiorari granted. *Arnold I. Shure, Anthony Bradley Eben* and *Robert A. Sprecher* for petitioners. *Albert E. Jenner, Jr., Charles J. O'Laughlin* for respondents City Savings Association et al., and *William G. Clark,* Attorney General of Illinois, for respondents Knight et al. *Solicitor General Marshall, Philip A. Loomis, Jr., David Ferber, Edward B. Wagner* and *Richard E. Nathan* for the Securities and Exchange Commission, as *amicus curiae,* in support of the petition.

No. 488. UNITED STATES *v.* CITIZENS NATIONAL BANK OF EVANSVILLE, EXECUTOR. C. A. 7th Cir. Certiorari denied. *Solicitor General Marshall, Jack S. Levin, Robert N. Anderson, Morton K. Rothschild* and *Albert J. Beveridge III* for the United States. *Edwin W. Johnson* and *John L. Carroll* for respondent.

No. 1175. HINCHCLIFF *v.* CLARKE, INTERNAL REVENUE AGENT, ET AL. C. A. 6th Cir. Certiorari denied. *William Patrick Clyne* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for respondent United States.